# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00222-CV

**McMahan's Flooring, Inc. d/b/a MFI and Jawad Louazna, Appellants**

**v.**

**D. A. Rogers Enterprises, Inc. and Don Rogers, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### NO. D-1-GN-14-000653, HONORABLE JON N. WISSER, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed a motion to dismiss their appeal, explaining that they have settled their dispute with appellees. We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellants' Motion

Filed:   September 4, 2014